NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH SCHIANO,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7101

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-81, Judge Margaret C. Bartley.

---

**ON MOTION**

---

**O R D E R**

Joseph Schiano moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

2                              SCHIANO v. MCDONALD

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: <u>October 23, 2014</u>